**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

**\*E-Filed 2/29/12\***

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12   DONALD FIELDS,                          No. C 12-00905 RS

13              Plaintiff,                    **RECUSAL ORDER**

14        v.

15   GENERAL ELECTRIC COMPANY,

16
              Defendant.
17   _____/

18

19        I hereby recuse myself from hearing or determining any matters which have been referred to

20   me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

21   matters in this case to another District Judge.

22

23

24   IT IS SO ORDERED.

25

26   Dated:  12/29/12                         _____
                                              RICHARD SEEBORG
27                                            UNITED STATES DISTRICT JUDGE

28

RECUSAL ORDER