**United States District Court**
For the Northern District of California

**\*E-Filed 2/29/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DONALD FIELDS,                                             No. C 12-00905 RS

              Plaintiff,                          **RECUSAL ORDER**

   v.

GENERAL ELECTRIC COMPANY,

              Defendant.

_____/

     I hereby recuse myself from hearing or determining any matters which have been referred to

me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

matters in this case to another District Judge.

IT IS SO ORDERED.

Dated:  12/29/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER